# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ATKINS, | Case No. EDCV 07-1202-AHM (JTL) |
| Petitioner, | |
| v. | JUDGMENT |
| DAWN DAVIDSON, Warden | |
| Respondent. | |

Petitioner having passed away on September 24, 2009,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied as moot and this action is dismissed with prejudice.

Dated: November 24, 2009

A. HOWARD MATZ
United States District Judge